**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **PLAINTIFF** | : | **Criminal Action No. 4:13CR-00025-JHM** |
| v. | : | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| | : | |
| **STEVEN MARRUQUIN** | : | |
| | : | |
| **DEFENDANT** | : | |
| | : | |

---

## REPORT AND RECOMMENDATION
## <u>CONCERNING PLEA OF GUILTY</u>

The Defendant, by consent, has appeared before me pursuant to Rule 11,

Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count 1

of the Superseding Indictment.   After cautioning and examining the Defendant

under oath concerning each of the subjects mentioned in Rule 11, I determined

that the guilty plea was knowledgeable and voluntary and that the offense

charged is supported by an independent basis in fact containing each of the

essential elements of such offense.     I, therefore, recommend that the plea of

**GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have

sentence imposed accordingly.

## **NOTICE**

Failure to file written objections to this Report and Recommendation within (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. 636(b)(1)(B).

Date of Service:  June 25, 2014

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:   Counsel of record